Dennis L. YOUNG and Virginia M. YOUNG *v.*
Gerhard W. STAUDE and Elsie M. STAUDE

83-81                                   657 S.W.2d 542

Supreme Court of Arkansas
Opinion delivered September 26, 1983

*Smith & Kelly,* by: *Michael E. Kelly,* for appellants.

*J. F. Atkinson, Jr.,* for appellees.

DARRELL HICKMAN, Justice. This chancery case is
reversed and remanded because the trial court, on its own,
ordered reformation of a promissory note and deed of trust
when the only matter before the court was a motion for
summary judgment on the issue of usury.

The appellants, residents of Texas, sued the appellees,
residents of Louisiana, to cancel a land transaction con-
cerning property in Marion County, Arkansas. The suit was
for rescission or, in the alternative, to declare the note void
for ususry. The note provided for 10-1/2 percent interest on
its face.

The appellants filed a motion for summary judgment
asking the court to declare the note usurious and, therefore,
void. The trial court denied summary judgment but went on
to reform the agreement to provide for 10% interest. That
relief was not asked for in the motion for summary judgment
and could not be granted. The appellees did have an
informal brief arguing for reformation apparently after the
court asked the parties to submit briefs on the issue. A trial
court cannot grant relief beyond that prayed for in the

motion for summary judgment in ruling on that motion. *See Evans* v. *U.S. Anthracite Coal Co.,* 180 Ark. 578, 21 S.W.2d 952 (1929); *Danco Construction Co., Inc.* v. *City of Fort Smith,* 268 Ark. 1053, 598 S.W.2d 437 (1980).

Reversed and remanded.